UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIA MCDONALD,

              Plaintiff,

  - against -

J.P. MORGAN CHASE, as successor in interest to
Washington Mutual Bank, as successor in interest to
Long Beach Mortgage Company,

              Defendant.
-----------------------------------------------------------------X

**JUDGMENT**
16-CV-6759 (RRM) (VMS)

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendant, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
         March 13, 2018